JOHN J. CASEY, as Administrator of the Estate of ANNA L.
CASEY, Deceased, Appellant, *v.* THE DAVIS & FURBER
MACHINE COMPANY, Respondent.

*Casey* v. *Davis & Furber Machine Co.*, 138 App. Div. 396, appeal
withdrawn.

(Submitted December 12, 1910; decided December 16, 1910.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 16, 1910, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for

personal injuries alleged to have been sustained through defendant's negligence.

The motion was made upon the ground that the order of reversal was silent as to whether it was based upon the law or the facts.

*Clarence Z. Spriggs* for motion.

No one opposed.

Motion granted on payment, within twenty days, of costs up to date, and ten dollars costs of motion. Upon failure to make such payment the motion is denied, with ten dollars costs.